# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| DARRELL B. HOUSE,<br>    Plaintiff,<br><br>vs.<br><br>NATIONAL PARK SERVICE, ET AL.<br>    Defendants. | Case No. 1:22-cv-970<br><br>**NOTICE OF APPEARANCE** |

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case on behalf of Plaintiff, DARRELL B. HOUSE.

  Dated: December 21, 2022

                Respectfully Submitted,

              */s/ Natali Segovia*
              Natali Segovia, Esq. (AZ 033489)
              (Admitted Pro Hac Vice)
              WATER PROTECTOR LEGAL COLLECTIVE
              Legal Director
              P.O. Box 37065
              Albuquerque, NM 87176
              (602) 796-7034
              nsegovia@waterprotectorlegal.org

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2022, a copy of the foregoing Notice of Appearance was filed electronically through the Court's ECF system where it is available for access by the parties.

Dated: December 21, 2022

                                              Respectfully Submitted,

                                              /s/ *Natali Segovia*
                                              Natali Segovia, Esq.