IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DARRELL B. HOUSE,

    Plaintiff,

vs.                                                                No. 22-cv-00970-SCY-KK

NATIONAL PARK SERVICE, a political subdivision of the Federal government; CITY OF ALBUQUERQUE, a political subdivision of the State of New Mexico; DEB HAALAND, in her official capacity only as U.S. Secretary of the Interior; U.S. DEPARTMENT OF THE INTERIOR; National Park Service Director, CHARLES "CHUCK" SAMS III, in his official and individual capacity; Former Deputy Director of National Park Service, SHAWN BENGE, in his official and individual capacity; Former Counselor to the Secretary of the Interior, MARGARET EVERSON, in her official and individual capacity; Supervisory Park Ranger SUSANA VILLANUEVA, in her official and individual capacity; Officer GRADEN, officially and in his individual capacity; Officer WINELAND, officially and in his individual capacity; officer I-X, officially and in his individual capacity,

    Defendants.

## ORDER

The Court, having considered Defendants Matthew Graden and Mathew Wineland consent motion for extension of time, hereby **GRANTS** their motion.

It is so **ORDERED** that the deadline for Defendants Matthew Graden and Mathew Wineland to answer or otherwise respond in their individual capacity to the Complaint is extended forty-five (45) days to October 27, 2023.

Plaintiff and Defendants Matthew Graden and Mathew Wineland reviewed and approved this Order.

_____
Magistrate Judge Steven C. Yarbrough