UNITED STATES DISTRIC COURT
DISTRICT OF NEW MEXICO

DARRELL B. HOUSE,

      Plaintiff,

                                        No. 1:22-cv-00970-SCY-KK

v.


NATIONAL PARK SERVICE, a political
subdivision of the Federal government; CITY
OF ALBUQUERQUE, a political subdivision
of the State of New Mexico; DEB HAALAND,
in her official capacity only as U.S. Secretary
of Interior; U.S DEPARTMENT OF THE
INTERIOR; National Park Service Director,
CHARLES "CHUCK" SAMS III, in his official
and individual capacity; Former Deputy Director
of National Park Service, SHAWN BENGE, in
his official and individual capacity; Former
Counselor to the Secretary of the Interior,
MARGARET EVERSON, in her official and
individual capacity; Supervisory Park Ranger,
SUSANA VILLANUEVA, in her official and
individual capacity; Officer GRADEN, officially
and in his individual capacity; Officer WINELAND,
officially and in his individual capacity; Officer
1-X, officially and in his individual capacity,

      Defendants.

### DEFENDANT CITY OF ALBUQUERQUE'S NOTICE OF NO OPPOSITION TO DEFENDANTS MATTHEW GRADEN AND MATTHEW WINELAND'S MOTION TO DISMISS THE COMPLAINT

COMES NOW, Defendant City of Albuquerque, by and through its attorney, Assistant

City Attorney Laura R. Callanan, and hereby provides notice to the Court that it does not oppose

Defendants Matthew Graden and Matthew Wineland's Motion to Dismiss the Complaint filed on

October 27, 2023.

Respectfully submitted,

**CITY OF ALBUQUERQUE**
Lauren Keefe, City Attorney

/s/ *Laura R. Callanan*
Laura R. Callanan
Assistant City Attorney
P.O. Box 2248
Albuquerque, New Mexico 87103
(505) 768-4500 / F: (505) 768-4505

*Attorney for Defendant City of Albuquerque*

**I HEREBY CERTIFY** that a true and
correct copy of the foregoing document
was filed and served via the Court's
CM/ECF system to the following:

Natali Segovia, Esq. (AZ 033489)
(Admitted Pro Hac Vice)
WATER PROTECTOR LEGAL COLLECTIVE
P.O. Box 37065
Albuquerque, NM 87176
(602) 796-7034
nsegovia@waterprotectorlegal.org

Jeffrey Haas
Attorney at Law (NM #15587)
600 Los Altos Norte
Santa Fe, NM 87501
(505) 469-0714
Jeffreyhaas42@gmail.com

*Attorneys for Plaintiff*

2

Brett Eaton
Samantha E. Kelly
Assistant United States Attorneys
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 224-1507
(505) 224-1455
 FAX (505) 346-2558
brett.eaton@usdoj.gov
Samantha.Kelly@usdoj.gov

*Attorneys for Federal Defendants*

Christopher J. Keeven, NM #23-275
Shaw, Bransford & Roth, PC
1101 Connecticut Avenue NW, Suite 1000
Washington, DC 20037
Tel: 202-463-8400
Fax: 202-833-8082

*Counsel for Defendants Matthew Graden
and Matthew Wineland in their individual capacities*


on this 13th day of November, 2023.

/s/ *Laura R. Callanan*
Laura R. Callanan, Assistant City Attorney