## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW MEXICO

DARRELL B. HOUSE,

      Plaintiff,

  vs.

NATIONAL PARK SERVICE, et al.

      Defendants.

Case No. 1:22-cv-00970-SCY-KK

**STIPULATED NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Mr. House hereby gives notice that this action is voluntarily dismissed. All Defendants have been notified and stipulate to the voluntary dismissal and each party shall bear their own legal fees and costs. Accordingly, the parties notice voluntary dismissal of this action with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

RESPECTFULLY SUBMITTED this 3rd day of September, 2024.

By: _____ */s/ Natali Segovia* _____
Natali Segovia, Esq. (AZ 033489)
(*Admitted Pro Hac Vice*)
Water Protector Legal Collective
P.O. Box 37065
Albuquerque, NM 87176
(602) 796-7034
nsegovia@waterprotectorlegal.org

Jeffrey Haas
Attorney at Law (NM #15587)
600 Los Altos Norte
Santa Fe, NM 87501
Jeffreyhaas42@gmail.com
(505) 469-0714
*Attorneys for Plaintiff*

By: _*s/ Christopher Keeven*_____
Christopher J. Keeven
Debra L. Roth

Emily Shandruk
Shaw, Bransford & Roth, PC
1101 Connecticut Avenue NW, Suite 1000
Washington, DC 20037
*Attorney for Defendants Matthew Graden and*
*Mathew Wineland in their individual capacities*

By:  *s/ Brett C. Eaton*
Brett C. Eaton
Samantha Kelly
United States Attorney's Office
District of New Mexico – Civil
P.O. Box 607
Albuquerque, NM 87103
Brett.eaton@usdoj.gov
*Attorney for Federal Defendants*

By:  *s/ Laura R. Callanan*
Laura R. Callanan
Assistant City Attorney
Office of the City Attorney
P.O. Box 2248
Albuquerque, NM 87103
*Attorney for Defendant City of Albuquerque*

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2024, the foregoing was filed electronically through the Court's CM/ECF system, which caused all parties or counsel to be served by electronic means.

Christopher J. Keeven
Debra L. Roth
Emily Shandruk
Shaw, Bransford & Roth, PC
1101 Connecticut Avenue NW, Suite 1000
Washington, DC 20037
*Attorney for Defendants Matthew Graden and*
*Mathew Wineland in their individual capacities*

Samantha Kelly
Brett C. Eaton
United States Attorney's Office
District of New Mexico – Civil
P.O. Box 607
Albuquerque, NM 87103
Brett.eaton@usdoj.gov
*Attorney for Federal Defendants*

Laura R. Callanan
Assistant City Attorney
Office of the City Attorney
P.O. Box 2248
Albuquerque, NM 87103
*Attorney for Defendant City of Albuquerque*

Dated:    September 3, 2024.

Respectfully Submitted,

/s/ *Natali Segovia*
Natali Segovia, Esq.

3